

# NUMBER 13-17-00322-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

ARVIND KUMAR CHAPPA,                                              Appellant,

v.

ARPITHA MADDARU PRASAD,                                          Appellee.

### On appeal from the 267th District Court
### of Calhoun County, Texas.

## MEMORANDUM OPINION

### Before Justices Rodriguez, Contreras, and Hinojosa
### Memorandum Opinion by Justice Contreras

Appellant, Arvind Kumar Chappa, filed an appeal from a judgment entered by the 267th District Court of Calhoun County, Texas, in cause number 16-04-2708. Appellant has filed an unopposed motion to dismiss the appeal on grounds that the parties have reached a settlement of the issues that form the basis of this appeal. Appellant requests that this Court dismiss the appeal.

The Court, having considered the documents on file and appellant's unopposed motion to dismiss the appeal, is of the opinion that the motion should be granted. *See* TEX. R. APP. P. 42.1(a). Appellant's motion to dismiss is granted, and the appeal is hereby DISMISSED. Costs will be taxed against appellant. *See* TEX. R. APP. P. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). Having dismissed the appeal at appellant's request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

DORI CONTRERAS
JUSTICE

Delivered and filed the
15th day of March, 2018.